Darrell P. White (SBN: 270038)
Michelle E. Soon (SBN: 3329098)
David J. Steadmon (SBN: 333963)
**KIMURA LONDON & WHITE LLP**
3 Park Plaza, Suite 1520
Irvine, California 92614
(949) 474-0940
dwhite@klw-law.com
msoon@klw-law.com
dsteadmon@klw-law.com

Attorney for Plaintiffs JESSIE RODRIGUEZ, an individual, and CAL AMERICAN HOMES AND REALTY, a California corporation

# UNITED STATES DISTRICT COURT

# THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSIE RODRIGUEZ, an individual; CAL AMERICAN HOMES AND REALTY, a California Corporation,<br><br>Plaintiff,<br>v.<br><br>ENGEL & VOLKERS AMERICAS, INC., a Delaware Corporation; and DOES 1 to 100,<br><br>Defendant. | Case No.: 2:21-cv-02993-FLA(RAOx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL**<br><br>DJ: Hon. Fernando L. Aenlle-Rocha, Dept. 6B<br>MJ: Hon. Rozelle A. Oliver, Dept. 590<br><br>Action Filed:   April 7, 2021<br>Trial Date:  Not Yet Set |

1

NOTICE OF VOLUNTARY DISMISSAL

**TO ALL DEFENDANTS AND ITS COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN that pursuant to Fed. R. Civ. Pro 41 (a), Plaintiff voluntarily dismisses the above captioned action with prejudice.

Dated: April 28, 2021  **KIMURA LONDON & WHITE LLP**

By: */s/ Darrell P. White*
Darrell P. White, Esq.
Attorney for Plaintiffs JESSIE RODRIGUEZ and CAL AMERICAN HOMES AND REALTY

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2021, a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL** was filed electronically and served by U.S. mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF system.

*/s/ Wendy Ramirez*
Wendy Ramirez

KIMURA LONDON & WHITE LLP

1

CERTIFICATE OF TRUST