# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:21-cv-02993-FLA-RAO                     Date May 27, 2021

Title: Jessie Rodriguez et al v. Engel and Volkers Americas, Inc.

Present: The Honorable Fernando L. Aenlle-Rocha, United States District Judge

| V.R. Vallery | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

Not Present                                              Not Present

Proceedings:   ☐ In Court      ☒ In Chambers      ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☒ Case should have been closed on entry dated April 28, 2021.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other Make JS-6

☐ Entered _____.

Initials of Preparer   VRV